UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
EVELINA CALCANO,                                                        :
:
Plaintiff,                                :
:
-v-                                   :     20-CV-8115 (JMF)
:
AMANDA LINDROTH CORP.,                                                  :     ORDER OF DISMISSAL
:
Defendant.                             :
:
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court having been advised at ECF No. 9 that all claims asserted herein have been settled in principle, it is ORDERED that the above-entitled action be and is hereby DISMISSED with prejudice and discontinued without costs.  The dismissal is without prejudice to the right to reopen the action **within thirty days** of the date of this Order if the settlement is not consummated.

      To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis.  **Further, requests to extend the deadline to reopen are unlikely to be granted.**

      If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court.  Per Paragraph 4(B) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

      Any pending motions are moot.  All conferences and other deadlines are canceled. Plaintiff is directed to serve a copy of this Order on Defendant and file proof of such service with the Court no later than **two business days of the date of this Order.**

      The Clerk of Court is directed to close the case.

      SO ORDERED.

Dated: January 15, 2021
       New York, New York
                                                                                       _____
                                                                                     JESSE M. FURMAN
                                                                           United States District Judge